AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

FILED

DEC – 3 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Isac GAMEZ Ruiz | ) | Case No.  3:18-M-8890-RFC |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 30, 2018_____ in the county of _____Hudspeth_____ in the _____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession with the Intent to Distribute a Controlled Substance, to wit: 483.756 kilograms of marijuana |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew C. Gauer, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____12/03/2018_____

_____
*Judge's signature*

City and state: _____El Paso, Texas_____      Robert F. Castaneda, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

I, Matthew C. Gauer, am a duly sworn Special Agent with the Drug Enforcement Administration ("DEA"), having been so employed since April 2015. While employed as a Special Agent with the DEA, I received specialized training in drug investigations and was designated by the Attorney General of the United States of America to be empowered with Title 21 authority, which authorizes me to seize and arrest anyone for violations of the Controlled Substance Act. I make this affidavit, in part, based on my personal training, experience, and personal knowledge derived from my participation in this investigation, and, in part, based upon information from other DEA special agents and other law enforcement officers, agents and agencies in the United States.

## FACTS

On November 30, 2018 at approximately 3:45 p.m., United States Border Patrol Agent (BPA) Ray Guevara responded to a series of electronic sensor activations along the United States and Mexico International Border in an area described as 3.8 miles east of the Fort Hancock Port of Entry, in Hudspeth County, Texas, in the Western District of Texas. Upon responding to the area, BPA Guevara detected vehicle tracks crossing the Rio Grande river bed from Mexico and heading north into the United States. Upon discovering the tracks BPA Guevara relayed his discovery to other agents in the area.

In response to the alert broadcast by BPA Guevara, BPA Dustin Davis and BPA Jamie Williams, responded to an area described as the intersection of McNary County Road, which is a dirt road, and Texas Highway 20 where BPA Davis and BPA Williams detected fresh tire tracks on McNary County Road. McNary Road runs north from the International border in the direction of Interstate 10. The agents also discovered a drive shaft in the middle of the road. Subsequently, the agents relayed their discovery to other agents in the area over their service radios.

BPA Francisco Gonzalez and BPA Luis Garcia received the radio traffic relayed by BPA Davis and BPA Williams while traveling on Interstate 10, noticed a white Chevrolet truck traveling approximately 10 miles per hour below the posted speed limit, on Interstate 10 west. BPA Gonzalez positioned his vehicle in front of the white Chevrolet, bearing Texas registration CBB1614, for a better viewing vantage. BPA Gonzalez observed that in addition to traveling well below the speed limit, that the truck had a sheet of plywood painted white covering the bed of the truck, and that the driver appeared to be acting nervous, looking at every vehicle that passed him, and trying to use his phone.

Considering the Fort Hancock Border Patrol Station had been involved with and documented two previous drug smuggling events using white trucks with white plywood covering the bed combined with the totality of the events which started at the detected incursion at the International border, BPA Gonzalez notified agents of his findings. In response, BPA Michael

1

Gamboa placed his unmarked Official Government Vehicle in position for a vehicle interdiction of the white Chevrolet.

BPA Gamboa spotted the described white Chevrolet westbound on Interstate 10 at approximately mile marker 61, clearly saw the driver who was later identified as Isac GAMEZ Ruiz, and subsequently positioned his Government vehicle behind the white Chevrolet. When BPA Gamboa pulled in behind the vehicle driven by GAMEZ, GAMEZ brought the white Chevrolet to an abrupt stop on Interstate 10, proceeded to cross the median, and attempted to drive off road south bound through the desert at location described as being approximately near mile marker 60.

While attempting to flee, the vehicle GAMEZ was driving became stuck on what was described as a mesquite mound after which GAMEZ fled on foot through the desert. While in pursuit, BPA Gamboa, BPA Gonzalez, and BPA Garcia, came upon the abandoned white Chevrolet and discovered during a security sweep of the vehicle that the white Chevrolet had been abandoned by GAMEZ. Agents relayed their findings and location, to which BPA Guevara and his drug detecting canine arrived on scene and after a canine search, found the white Chevrolet to contain approximately 483.756 kilograms of a substance which field tested positive for the properties and characteristics of marijuana. An inspection of the vehicle revealed that the white Chevrolet truck was a four (4) wheel drive truck and that the drive shaft was missing.

GAMEZ was subsequently apprehended by United States Border Patrol All Terrain Vehicle (ATV) units manned by BPA Dustin Davis, BPA Jamie Williams, BPA Jesus Cano, and BPA Isaac Roldan, at a location described as 2 miles southeast of the abandoned vehicle and in a canal immediately north of the United States and Mexico international border. GAMEZ was mirandized via a Form I-214 and transported to the Fort Hancock Border Patrol Station for processing.

At approximately 7:00 p.m., and following the apprehension of GAMEZ, DEA Special Agent (SA) Matthew Gauer was contacted and notified of the facts of the apprehension and seizure of the drugs and subsequently contacted Assistant United States Attorney (AUSA) Andres Ortega who in turn accepted the case for federal prosecution it the Western District of Texas.

At approximately 10:15 p.m., DEA SA Matthew Gauer, DEA SA Matthew Cannon, DEA SA Matthew Marvin, DEA SA Irma Gamez, and FBI SA Kyle Antonitis, arrived at the Fort Hancock Border Patrol Station to take custody of GAMEZ and the seized marijuana. SA Marvin and SA Gamez took custody of the seized marijuana and transported the marijuana back to the DEA El Paso Division Evidence Warehouse for storage and safekeeping pending further processing.

At approximately 11:00 p.m., SA Gauer, SA Cannon, SA Antonitis, and BPA Gamboa, escorted GAMEZ to a private interview room, identified themselves as federal agents, informed GAMEZ that the was under arrest for drug trafficking charges, and advised GAMEZ of his rights

2

via a Form DEA 13b Advice of Rights in the Spanish Language. GAMEZ read, initialed, and signed the form, indicating that he understood his rights, both verbally and in writing, and agreed to speak to agents about the circumstances of his arrest without the presence of an attorney.

GAMEZ admitted to agents that he had driven the white Chevrolet into the United States from Mexico across the Rio Grande River bed and that he knew the vehicle was loaded with marijuana. GAMEZ told agents that the marijuana belonged to cartel members in Mexico and that during the smuggling attempt that he has been in contact with someone in the United States via telephone that was directing him where to transport the marijuana to. When asked about the phone he had used, GAMEZ told agents he and abandoned it in the desert. During the interview, agents presented GAMEZ with a photo of a February 13, 2017, event that involved the recovery of a white Chevrolet truck that was abandoned in the Rio Grande River near Fort Hancock, Texas, and found to contain approximately 517.004 kilograms of marijuana. GAMEZ admitted to agents that he was the driver of that vehicle as well, and that he had abandoned the vehicle when it became stuck, and subsequently eluded United Sates Law Enforcement by fleeing to Mexico on foot.

On December 1, 2018, at approximately 12:28 a.m., SA Gauer, SA Cannon, and SA Antonitis, transported GAMEZ to the El Paso County Detention Facility in El Paso, Texas. At approximately 2:07 a.m., GAMEZ cleared medical and was booked at the El Paso County Detention Facility without incident.